**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| RICARDO CONCEPCION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 10 C 109 |
| vs. ) | |
| ) | Judge Castillo |
| CAVALRY PORTFOLIO SERVICES, LLC, ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF DISMISSAL**

Pursuant to FED.R.CIV.P. 41(a)(1)(A)(i), Plaintiff hereby gives notice that the above-entitled case should be dismissed with prejudice and without costs; and respectfully requests that the Court enter an order to that effect.

Respectfully submitted,

s/Michelle R. Teggelaar

Daniel A. Edelman
Michelle R. Teggelaar
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle St., Suite 1800
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)

mteggelaar@edcombs.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 3, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participant:

Cavalry Portfolio Services, LLC
c/o registered agent CT Corporation System
208 S. LaSalle St., Suite 814
Chicago, IL 60604

s/Michelle R. Teggelaar


Daniel A. Edelman
Michelle R. Teggelaar
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle St., Suite 1800
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)