**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3**
**Eastern Division**

Ricardo Concepcion

                     Plaintiff,

v.                                                  Case No.: 1:10–cv–00109
                                                   Honorable Ruben Castillo

Cavalry Portfolio Services, LLC

                     Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, February 3, 2010:

     MINUTE entry before Honorable Ruben Castillo:This case is hereby dismissed with prejudice and without costs pursuant to the Notice of Dismissal [9] filed by Plaintiff. Status report filing date of 3/8/2010 and settlement conference set for 3/11/2010 are vacated. Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.